IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| JAMES MOSLEY | PETITIONER |
| v. | No. 1:13CV209-GHD-JMV |
| RONALD KING | RESPONDENT |

Consolidated With

| | |
|---|---|
| JAMES MOSLEY | PETITIONER |
| v. | No. 1:14CV115-GHD-JMV |
| JOHNNIE DENMARK | RESPONDENT |

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 29th day of March, 2017.

_____
SENIOR JUDGE